### 3. How do I join this lawsuit?

If you would like to join this lawsuit, you must sign and promptly return the enclosed "Consent to Join" Form in time for it to be filed with the Court by [60days from mailing date]. An addressed and postage paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Consent to Join Form must be sent to:

>Jian Hang, Esq.
>Hang & Associates, PLLC
>136-18 39th Ave Suite 1003
>Flushing, New York 11354
>Tel: (718) 353-8588
>Fax: (718) 353-6288
>RE: Chikurin 236 LLC's Wage & Hour litigation

You can also e-mail the form to jhang@hanglaw.com

**If you want to participate in this lawsuit, (1) you must sign and complete the enclosed Consent to Join Form, and (2) the signed Consent to Join Form must be filed on your behalf with the Court on or before [60 days from the date of mailing].**

### 4. What happens if I join the lawsuit?

If you choose to join this lawsuit, you will be bound by any ruling, settlement, or judgment. You will also share in any proceeds from settlement or judgment. During the lawsuit, you may be required to provide information about your employment with Chikurin 236 LLC by responding to written interrogatories, producing documents, having your deposition taken and/or testifying at trial.

### 5. What happens if I do nothing?

If you choose not to join this lawsuit, you will not be entitled to share in any amounts recovered by Plaintiffs if they are successful in obtaining an award from a trial or settlement of this lawsuit on their federal claims. You will also not be affected by any ruling or judgment adverse to Plaintiffs in this lawsuit. *You have the right to retain your own counsel to represent you and to file an independent lawsuit.* You should also be aware that your federal wage and hour claims are limited by either a two or three year statute of limitations. Delay in joining this action or proceeding separately may result in some or all of your potential claims expiring as a matter of law.

### 6. What are Plaintiffs seeking?

Plaintiffs are seeking to recover unpaid overtime premium and spread of hours compensation. Plaintiffs are also seeking liquidated damages, interest, attorneys' fees, and costs.

### 7. Will I have a lawyer in this case?

If you choose to join this lawsuit, and you do not appoint your own attorney, you will be represented by Jian Hang, Esq. and other attorneys at Hang & Associates, PLLC, which is located at 136-18 39th Ave, Suite 1003, Flushing, New York 11354, telephone (718) 353-8588.

If you are represented by Hang & Associates, PLLC any attorneys' fees will be paid out of any recovery that is obtained. If there is a recovery, the fees may be part of a settlement obtained or a money judgment entered in favor of Plaintiffs, may be ordered by the Court to be paid by Defendants, or may be a combination of both. If you are represented by Hang & Associates, PLLC, and Plaintiffs do not recover any money in this lawsuit, you will not pay any attorneys' fees. *You may also hire your own attorney to represent you in this lawsuit.*

### 8. Who are Chikurin 236 LLC's lawyers in this case?

The attorney for Chikurin 236 LLC is Howard Hua, Esq. and he is located at 135-27 39th Avenue, Ste. 118, Flushing, NY 11354, telephone (718) 321-3316. You may contact Chikurin 236 LLC's attorney about this lawsuit, but note that Defendants' attorneys represent will not be able to represent you or provide you with legal advice. *Any communications you have with Chikurin 236 LLC may be used by Chikurin 236 LLC in its defense to your claims in this lawsuit.*

### 9. Can I be retaliated against for joining this lawsuit?

It would be a violation of law for defendant to fire, discipline, discriminate, or retaliate against you in any manner for taking part in this lawsuit.

### 10. What if I still have questions?

If you have any questions about this lawsuit, or would like further information, you can contact the Plaintiffs' attorneys Jian Hang, Esq. and other attorneys of Hang & Associates, PLLC at (718)353-8588.

**PLEASE DO NOT CONTACT THE CLERK OF THE COURT WITH QUESTIONS INVOLVING THIS LAWSUIT**

Dated: December__ , 2015